UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2299(DSD/SRN)

Sally Swanstrom,

Plaintiff,

v. **ORDER**

Liberty Mutual Insurance Company,

Defendant.

This matter is before the court upon defendant's motion for summary judgment. Based on a review of the file, record, and proceedings herein, and for the reasons stated, the court denies the motion.

After carefully reviewing the record, the court concludes that plaintiff introduced substantial evidence on critical fact issues. Specifically, plaintiff raised an issue of material fact relating to defendant's statute of limitations argument, and the court determines that defendant is not entitled summary judgment on that basis. Moreover, plaintiff put forth a prima facie case of hostile work environment and material facts are in dispute with respect to that claim. Viewing the evidence in the light most favorable to the nonmoving party, as is required under Fed. R. Civ. P. 56, the court concludes that genuine issues of material fact exist as to plaintiff's claims against defendant. Summary judgment is

FILED 3-17-03
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

therefore inappropriate. See Celotex Corp. v. Catrett, 477 U.S. 317, 322-23 (1986).

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion for summary judgment is denied.

Dated: March 14, 2003

David S. Doty, Judge
United States District Court