UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sally Swanstrom,

Plaintiff,

vs.

Liberty Mutual Insurance Company,

Defendant.

Civ. No. 01-2299 DSD/SRN

**STIPULATION FOR DISMISSAL AND ORDER**

Pursuant to the private settlement agreement entered into by counsel for the parties, on behalf of their respective clients, counsel stipulate and agree that this matter should be dismissed with prejudice and without further costs or attorney's fees to either party.

Dated: June 25 2003.

NICHOLS KASTER & ANDERSON, PLLP

Jennifer A. Kitchak

James H. Kaster #53946
Jennifer Kitchak #0317056
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242.

ATTORNEY FOR PLAINTIFF

Dated: June 25, 2003.

JACKSON LEWIS LLP

David J. Duddleston #139804
Thomas E. Marshall #155597
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT

JUN 3 0 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation, it is so ordered that the matter is hereby dismissed with prejudice and without costs or attorney's fees to any party.

Dated this 30TH day of June, 2003.

BY THE COURT:

The Honorable David S. Doty
Senior U.S. District Court Judge